**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| TESHA GAMINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC.<br>            Defendant. | Case No.: 5:21-cv-00198<br><br>**NOTICE OF ERRATA TO COMPLAINT** |

- 1 -

*Gamino v. Flo Health, Inc.*, Case No.: 5:21-cv-00198
NOTICE OF ERRATA

**PLEASE TAKE NOTICE** that on February 2, 2021, Plaintiff Tesha Gamino in the above-captioned matter filed her Complaint (Dkt. No. 1), Civil Cover Sheet (Dkt. No. 1-1), Summons (Dkt. No. 1-2), Notice of Interested Parties (Dkt. No. 1-3), Exhibit 1 to the Complaint (Dkt. No. 2), Exhibit 2 to the Complaint (Dkt. No. 2-1), Exhibit 3 to the Complaint (Dkt. No. 2-2). Plaintiff respectfully submits this Notice of Errata to correct the following filing errors. Plaintiff will refile Complaint with Exhibits to the Complaint as attachments. Plaintiff will refile Civil Cover Sheet, Summons, and Notice of Interested Parties as separate filings.

DATED: February 3, 2021          Respectfully submitted,

*/s/ Ronald A. Marron*
Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

***Attorney for Plaintiff and the Proposed Class***